**LEVI & KORSINSKY, LLP**
Adam M. Apton
55 Broadway, 10th Floor
New York, New York 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Scott Greenbaum and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEJANDRO PIERONI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HUMANIGEN, INC., CAMERON DURRANT, and TIMOTHY MORRIS,<br><br>Defendants. | Case No. 2:22-cv-05258-WJM-AME<br><br>**SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF SCOTT GREENBAUM'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>**MOTION DATE: November 21, 2022** |
| SCOTT GREENBAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HUMANIGEN, INC., CAMERON DURRANT, TIMOTHY MORRIS, and DAVE CHAPPELL,<br><br>Defendants. | Case No. 2:22-cv-06118-WJM-AME |

I, ADAM M. APTON, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm Levi & Korsinsky, LLP, proposed Lead Counsel for movant Scott Greenbaum. I respectfully submit this supplemental declaration in further support of Dr. Greenbaum's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit A** is true and correct highlighted version of the "financial interest" chart submitted by Joshua Mailey in support of his opening motion papers (Dkt. No. 9-3, pp. 4-15). The highlights identify each trade in Humanigen, Inc. securities that was made after the September 9, 2021 corrective disclosure alleged in the complaints presently on file. *See* Pieroni Complaint, ¶¶6-7; Greenbaum Complaint, ¶¶6-7.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the press release from Bronstein, Gewirtz & Grossman, LLC dated September 9, 2021. The press release announced that the Bronstein firm was "investigating potential claims" on behalf of Humanigen investors "concern[ing] whether Humanigen and certain of its officers and/or directors have violated federal securities laws."

4.      Attached hereto as **Exhibit C** is a true and correct copy of the press release from Pomerantz LLP, who presently represents movant Joshua Mailey, dated September 20, 2021. The press release announced that the Pomerantz firm was "investigating claims" on behalf of Humanigen investors "concern[ing] whether Humanigen and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of November, 2022.

*/s/ Adam M. Apton*
Adam M. Apton

3