# EXHIBIT "B"

# Bronstein, Gewirtz & Grossman, LLC Notifies Shareholders of Humanigen, Inc. (HGEN) Investigation

y! **sports.yahoo.com**/bronstein-gewirtz-grossman-llc-notifies-181500240.html

ACCESSWIRE



September 9, 2021, 1:15 PM·2 min read

**NEW YORK, NY / ACCESSWIRE / September 9, 2021 /** Bronstein, Gewirtz & Grossman, LLC is investigating potential claims on behalf of purchasers of Humanigen, Inc. ("Humanigen" or the "Company") (NASDAQ:HGEN). Investors who purchased Humanigen sharesare encouraged to obtain additional information and assist the investigation by visiting the firm's site: www.bgandg.com/hgen.



The investigation concerns whether Humanigen and certain of its officers and/or directors have violated federal securities laws.

On September 9, 2021, Humanigen issued a press release announcing that "the U.S. FDA has declined its request for emergency use authorization of lenzilumab to treat newly hospitalized COVID-19 patients." Humanigen advised investors that "[i]n its letter, FDA stated that it was unable to conclude that the known and potential benefits of lenzilumab outweigh the known and potential risks of its use as a treatment for COVID-19." On this news, Humanigen's stock price fell sharply during intraday trading on September 9, 2021.

If you are aware of any facts relating to this investigation, or purchased Humanigen shares, you can assist this investigation by visiting the firm's site: www.bgandg.com/hgen. You can also contact Peretz Bronstein or his Investor Relations Analyst, Yael Nathanson of Bronstein, Gewirtz & Grossman, LLC: 212-697-6484.

Bronstein, Gewirtz & Grossman, LLC is a corporate litigation boutique. Our primary expertise is the aggressive pursuit of litigation claims on behalf of our clients. In addition to representing institutions and other investor plaintiffs in class action security litigation, the firm's expertise includes general corporate and commercial litigation, as well as securities arbitration. Attorney advertising. Prior results do not guarantee similar outcomes.

**Contact:**

Bronstein, Gewirtz & Grossman, LLC
Peretz Bronstein or Yael Nathanson
212-697-6484 | info@bgandg.com

**SOURCE:** Bronstein, Gewirtz and Grossman, LLC

View source version on accesswire.com:

https://www.accesswire.com/663416/Bronstein-Gewirtz-Grossman-LLC-Notifies-Shareholders-of-Humanigen-Inc-HGEN-Investigation