# EXHIBIT "C"

# SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors of Humanigen, Inc. - HGEN



NEWS PROVIDED BY
**Pomerantz LLP →**
Sep 20, 2021, 00:38 ET

NEW YORK, Sept. 20, 2021 /PRNewswire/ -- Pomerantz LLP is investigating claims on behalf of investors of Humanigen, Inc. ("Humanigen" or the "Company") (NASDAQ: HGEN).  Such investors are advised to contact Robert S. Willoughby at  newaction@pomlaw.com or 888-476-6529, ext. 7980.

The investigation concerns whether Humanigen and certain of its officers and/or directors have engaged in securities fraud or other unlawful business practices.

**[Click here for information about joining the class action]**

On September 9, 2021, Humanigen issued a press release announcing that "the U.S. FDA has declined its request for emergency use authorization of lenzilumab to treat newly hospitalized COVID-19 patients."  Humanigen advised investors that "[i]n its letter, FDA stated that it was unable to conclude that the known and potential benefits of lenzilumab outweigh the known and potential risks of its use as a treatment for COVID-19."  On this news, Humanigen's stock price fell sharply during intraday trading on September 9, 2021.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com.

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980


SOURCE Pomerantz LLP


Related Links

www.pomerantzlaw.com