**LEVI & KORSINSKY, LLP**
Adam M. Apton
55 Broadway, 10th Floor
New York, New York 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Scott Greenbaum and*
*Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEJANDRO PIERONI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HUMANIGEN, INC., CAMERON DURRANT, and TIMOTHY MORRIS,<br><br>Defendants. | Case No. 2:22-cv-05258-WJM-AME<br><br><br>**CERTIFICATE OF SERVICE** |
| SCOTT GREENBAUM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HUMANIGEN, INC., CAMERON DURRANT, TIMOTHY MORRIS, and DAVE CHAPPELL,<br><br>Defendants. | Case No. 2:22-cv-06118-WJM-AME |

I hereby certify that on November 7, 2022 copies of the foregoing documents were served upon counsel of record via CM/ECF. Executed this 7th day of November, 2022.

s/ Adam M. Apton
Adam M. Apton