**POLSINELLI PC**
Aaron E. Zerykier
600 Third Avenue, 42nd Floor
New York, NY 10016
Telephone: (646) 289-6512
Facsimile: (917) 677-8203
azerykier@polsinelli.com

Stacy Carpenter (*pro hac vice*)
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone: (303) 583-8237
scarpenter@polsinelli.com

Bryan M. Westhoff (*pro hac vice*)
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone: (312) 873-2973
bwesthoff@polsinelli.com

*Attorneys for Defendants Humanigen, Inc. and Cameron Durrant*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE HUMANIGEN, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:22-cv-05258-WJM-AME<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING DEADLINES** |

WHEREAS, on August 26, 2022, Alejandro Pieroni commenced an action captioned *Pieroni v. Humanigen, et al.,* Case No. 2:22-cv-05258-WJM-AME (the

89719200.5

"Pieroni Action") against Humanigen, Inc. and certain related parties alleging violations of the federal securities laws under Sections 10(b) and 20(a) of the Securities Exchange Act and Rule 10b-5, promulgated thereunder by the SEC;

WHEREAS, on October 17, 2022, Dr. Scott Greenbaum filed a substantially similar action captioned *Greenbaum v. Humanigen, et al.,* Case No. 2:22-cv-06118-WJM-AME (the "Greenbaum Action");

WHEREAS, on October 25, 2022, Plaintiffs Joshua Mailey and Dr. Scott Greenbaum individually filed motions seeking consolidation of the Pieroni and Greenbaum Actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and appointment of Lead Plaintiff and approval of selection of Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") (Dkt. Nos. 7, 9);

WHEREAS, on December 9, 2022, this Court entered an order, *inter alia,* consolidating the Pieroni and Greenbaum Actions for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; appointing Plaintiffs Mailey and Greenbaum as Co-Lead Plaintiffs in the Consolidated Action and any subsequently filed or transferred actions that are consolidated with the Consolidated Action, pursuant to 15 U.S.C. §78u-4(a)(3)(B); and approving Co-Lead Plaintiffs' selections of Pomerantz LLP and Levi & Korsinsky, LLP as Co-Lead Counsel (Dkt. No. 20);

WHEREAS, on December 22, 2022, Plaintiffs and Defendants filed a Stipulation and Order Setting Schedule for Filing Consolidated Amended Complaint and Response Thereto (Dkt. No. 23);

WHEREAS, on January 11, 2023, this Court so ordered such stipulation (Dkt. No. 24);

WHEREAS, on March 1, 2023, Plaintiffs and Defendants filed a Stipulation and Proposed Order Modifying Scheduling Deadlines (Dkt. No. 32);

WHEREAS, on March 2, 2023, this Court so ordered such stipulation (Dkt. No. 33) (the "Modified Scheduling Order");

WHEREAS, the Modified Scheduling Order sets forth the following deadlines:

| *Filing* | *Deadline* |
| --- | --- |
| Co-Lead Plaintiffs' Consolidated Amended Compliant | March 27, 2023 |
| Defendants' Answer or Motion to Dismiss | May 26, 2023 |
| Co-Lead Plaintiffs' Opposition | July 25, 2023 |
| Defendants' Reply | September 8, 2023 |

WHEREAS, on March 27, 2023, Plaintiffs filed an Amended Complaint (Dkt No. 36);

WHEREAS, the Parties have agreed to mediate this dispute on May 23, 2023;

3

WHEREAS, the Parties have agreed that extending the Scheduling Order to allow for mediation will promote judicial economy;

WHEREAS, the parties have conferred, through counsel, and agree to the following proposed deadlines for filing a consolidated amended complaint and subsequent briefing:

| *Filing* | *Deadline* |
| --- | --- |
| Defendants' Answer or Motion to Dismiss | July 7, 2023 |
| Co-Lead Plaintiffs' Opposition | September 8, 2023 |
| Defendants' Reply | October 20, 2023 |

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, this 19th day of May, by and between the undersigned counsel, and subject to Court approval, that the following schedule shall govern:

| *Filing* | *Deadline* |
| --- | --- |
| Defendants' Answer or Motion to Dismiss | July 7, 2023 |
| Co-Lead Plaintiffs' Opposition | September 8, 2023 |
| Defendants' Reply | October 20, 2023 |

**SO STIPULATED.**

Dated: May 19, 2023

Respectfully submitted,

**POLSINELLI PC**
*/s/ Aaron E. Zerykier*
Aaron E. Zerykier
600 Third Avenue, 42nd Floor New York, NY 10016
Telephone: (646) 289-6512
Facsimile: (917) 677-8203
azerykier@polsinelli.com

Stacy Carpenter (*pro hac vice*)
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone: (303) 583-8237
scarpenter@polsinelli.com

Bryan M. Westhoff (*pro hac vice*)
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone: (312) 873-2973
bwesthoff@polsinelli.com
*Attorneys for Defendants Humanigen, Inc. and Cameron Durrant*

**KLEINBERG KAPLAN WOLFF & COHEN PC**
*/s/ Marc Robert Rosen*
Marc Robert Rosen
500 Fifth Avenue
New York, NY 10110
212-986-6000
Email: mrosen@kkwc.com
*Attorneys for Defendant Dale Chappell*

**POMERANTZ LLP**
/s/  Brenda Szydlo
Jeremy A. Lieberman (*pro hac vice*)
Brenda Szydlo (*pro hac vice*)
Dean Ferrogari (*pro hac vice*)
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com
dferrogari@pomlaw.com
tprzybylowski@pomlaw.com
*Co-Lead Counsel for Lead Plaintiffs, Alejandro Pieroni, and the proposed Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton
55 Broadway, 4th Floor
New York, New York 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com

*Co-Lead Counsel for Lead Plaintiffs and the proposed Class*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com
*Additional Counsel for Co-Lead Plaintiff Joshua Mailey*

6

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com
*Additional Counsel for Plaintiff Alejandro Pieroni*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The parties shall file a joint letter by May 31, 2023, setting forth the outcome of the mediation session scheduled for May 23, 2023.

Dated: May 23, 2023

____/s/ André M. Espinosa_____

ANDRE M. ESPINOSA
United States Magistrate Judge