In re Humanigen, Inc. Securities Litigation
c/o _____
[Insert]
[Insert]
[Insert]

*COURT-ORDERED LEGAL NOTICE*

**Important Notice about a Securities Class Action Settlement.**

**You may be entitled to a CASH payment. This Notice may affect your legal rights. Please read it carefully.**

*In re Humanigen, Inc. Securities Litigation*
Case No. 2:22-cv-05258

[Postage Prepaid]

Name
Address
City, State
Zip

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT. PLEASE VISIT WWW._____ FOR MORE INFORMATION.*

There has been a proposed Settlement of claims against Humanigen, Inc. ("Humanigen"), Cameron Durrant, and Dale Chappell (collectively, the "Defendants"). The Settlement would resolve a lawsuit in which Plaintiffs allege Defendants disseminated materially false and misleading information to the investing public about Humanigen between May 16, 2020 and July 12, 2022, inclusive (the "Class Period") in violation of the federal securities laws. Defendants deny any wrongdoing. You received this Postcard Notice because you or someone in your family may have purchased or otherwise acquired Humanigen securities during the Class Period.

Defendants have agreed to pay a Settlement Amount of $3,000,000. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Proof of Claim, in exchange for the settlement of this case and the Released Claims by Settlement Class Members. **For all details of the Settlement, read the Stipulation and full Notice, available at www._____.**

Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size and timing of your transactions in Humanigen securities. If every eligible Settlement Class Member submits a valid Proof of Claim Form, the average recovery will be $0.047 per eligible share before expenses and other Court-ordered deductions. Your award will be determined *pro rata* based on the number of claims submitted. This is further explained in the detailed Notice found on the Settlement website.

**To qualify for payment, you must submit a Proof of Claim Form**. The Proof of Claim Form can be found on the website www._____ or will be mailed to you upon request to the Claims Administrator (___[phone]___). **Proof of Claim Forms must be submitted online or postmarked by _____**. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by _____. The detailed Notice explains how to submit a Proof of Claim Form, exclude yourself or object.

The Court will hold a hearing in this case on _____, to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to 33% of the Settlement Fund in attorneys' fees, plus actual expenses up to $75,000 for litigating the case and negotiating the Settlement, and awards to Plaintiffs should be approved up to $100,000. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (_____) or visit the website www._____ and read the detailed Notice.