Adam M. Apton, Esq.
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171

*Attorneys for Co-Lead Plaintiffs and*
*Co-Lead Counsel for the Class*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE HUMANIGEN, INC. SECURITIES LITIGATION | Case No. 2:22-cv-05258-WJM-AME<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>**CLASS ACTION**<br><br>**Motion Day: October 16, 2023** |

**PLEASE TAKE NOTICE** that under Rule 23 of the Federal Rule of Civil

Procedure, on October 16, 2023, in Courtroom 4B of this Court located at 50 Walnut

Street, Newark, New Jersey 07101, Plaintiffs will move for an Order (i) granting

preliminary approval of the proposed class action settlement, (ii) certifying a class

for settlement purposes, (iii) approving the proposed plan of allocation and notices

to be disseminated to potential class members, and (iv) setting a date for a hearing to determine *inter alia* whether the settlement should be finally approved and the above-captioned action dismissed with prejudice.

This motion is based upon this notice of motion and brief, declarations, and exhibits filed in support hereof.

Plaintiffs also submit a proposed order granting the motion.

Dated: September 22, 2023            **LEVI & KORSINSKY, LLP**

s/ Adam M. Apton
Adam M. Apton, Esq.
Devyn R. Glass
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com
dglass@zlk.com

-and-

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
Brenda Szydlo (*pro hac vice*)
Thomas H. Przybylowski
Dean P. Ferrogari (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com
tprzybylowski@pomlaw.com

dferrogari@pomlaw.com

*Attorneys for Co-Lead Plaintiffs and*
*Co-Lead Counsel for the Class*

   -and-

**SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Ste. 2460
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com

*Additional Counsel to Lead Plaintiff*
*Joshua Mailey*

   -and-

**BRONSTEIN, GEWIRTZ &**
**GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel to Plaintiff*
*Alejandro Pieroni*