Adam M. Apton, Esq.
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171

*Attorneys for Co-Lead Plaintiffs and*
*Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE HUMANIGEN, INC. SECURITIES LITIGATION | Case No. 2:22cv-05258-WJM-AME<br><br>**DECLARATION OF**<br>**DR. SCOTT GREENBAUM** |

I, Dr. Scott Greenbaum, declare as follows:

1.     I respectfully submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Settlement. I have personal knowledge of the statements herein and if called upon as a witness, could and would competently testify thereto.

2.     I am one of the initial complainants in this consolidated class action lawsuit. On or around October 4, 2022, I contacted the law firm of Levi & Korsinsky, LLP to discuss the lawsuit that was pending at the time against Humanigen, Inc. and certain of its executives. On October 17, 2022, following several conversations with

1

the firm and its attorneys, I authorized the filing of an additional complaint and the commencement of the action styled *Greenbaum v. Humanigen, Inc.*, No. 2:22-cv-06118 (D.N.J.).

3.      The additional complaint filed on my behalf differed from the initial complaint already on file in at least three significant ways. First, my complaint expanded the class period by almost an entire year, beginning with statements made by the defendants in Humanigen's quarterly report on Form 10-Q for the quarter ended March 31, 2020. As a result of the new class period, my lawsuit sought to represent investors who purchased Humanigen stock on the OTCQB Venture Market prior to its uplisting on the NASDAQ Stock Market. Second, my complaint expanded on the theory of liability by addressing directly the risks associated with lenzilumab as a GM-CSF inhibitor in patients with pre-existing lung dysfunction and statements concerning its clinical trial history relative to other drugs already in development at the time, *i.e.*, mavrilimumab. Third, in light of the theory of liability contained in my complaint, I included an additional individual named defendant in the action.

4.      On October 25, 2022, my attorneys at Levi & Korsinsky filed a motion for lead plaintiff on by behalf. At that time, I submitted a declaration to the Court certifying, among other things, that: I had reviewed a complaint filed in the action; I did not purchase the security that is the subject of this action at the direction of

plaintiff's counsel or in order to participate in this private action; I was willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary; and I would not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

5.     Other lead plaintiff motions on behalf of other investors were also filed, including the motion filed by Mr. Joshua Mailey and his attorneys at Pomerantz LLP. Mr. Mailey and I ultimately decided to resolve our pending motions by stipulating to the appointment of co-lead plaintiffs and co-lead counsel. On December 9, 2022, the Court so-ordered our stipulation.

6.      Since then, I have remained engaged and kept up to date with the various proceedings by staying in communication with my attorneys at Levi & Korsinsky. I have reviewed filings, including the complaints, stipulations and various motion papers. I have also participated by providing documents in my possession relating to my transactions in Humanigen stock as well as helping counsel identify false and/or materially misleading statements about lenzilumab, given my educational background as a medical doctor.

7.     I am in favor of settling this case for $3,000,000. I have at all relevant

3

times been familiar with the issues in the case, the negotiations that took place during the mediation, and Humanigen's financial situation. The settlement presents a favorable outcome in my opinion. It will return a substantial amount of money to investors who, in my opinion, suffered damages as a result of investing in Humanigen based on what I believe were inaccurate and misleading statements. I, of course, am included amongst those investors and welcome the opportunity to put this matter to rest. The Court should grant Plaintiffs' motion and preliminarily approve the settlement.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of September 2023.

ScotT Greenbaum MD (Sep 13, 2023 15:59 EDT)

DR. SCOTT GREENBAUM