Brenda Szydlo, Esq.
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Tel.: (212) 661-1100
Fax: (917) 463-1044

*Attorneys for Co-Lead Plaintiffs and*
*Co-Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| | Case No. 2:22cv-05258-WJM-AME |
| IN RE HUMANIGEN, INC. SECURITIES LITIGATION | **DECLARATION OF JOSHUA MAILEY** |

I, Joshua Mailey, declare as follows:

1.    I respectfully submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Settlement. I have personal knowledge of the statements herein and if called upon as a witness, could and would competently testify thereto.

2.    On October 25, 2022, my attorneys at Pomerantz LLP filed a motion on my behalf seeking my appointment as lead plaintiff in the action. At that time, I submitted a declaration to the Court certifying, among other things, that: I had reviewed a complaint filed in the action; I did not purchase the security that is the

1

subject of this action at the direction of plaintiff's counsel or in order to participate in this private action; I was willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary; and I would not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the Court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

3.    Other lead plaintiff motions on behalf of other investors were also filed, including the motion filed by Dr. Scott Greenbaum and his attorneys at Levi & Korsinsky, LLP. Dr. Greenbaum and I ultimately decided to resolve our pending motions by stipulating to the appointment of co-lead plaintiffs and co-lead counsel. On December 9, 2022, the Court so-ordered our stipulation.

4.    On March 27, 2023, the Amended Complaint in this action was filed naming Dr. Scott Greenbaum and me as co-lead plaintiffs, and Mr. Alejandro Pieroni as plaintiff (collectively, "Plaintiffs"), individually and on behalf of all other similarly situated.

5.    Since then, I have remained engaged and kept up to date with the various proceedings by staying in communication with counsel. I have reviewed filings, including the complaints, stipulations and various motion papers. I have also participated by providing documents in my possession relating to my transactions in

Humanigen stock.

6.      I am in favor of settling this case for $3,000,000. I have at all relevant times been familiar with the issues in the case, the negotiations that took place during the mediation, and Humanigen's financial situation. The settlement presents a favorable outcome in my opinion. It will return a substantial amount of money to investors who, in my opinion, suffered damages as a result of investing in Humanigen based on what I believe were inaccurate and misleading statements. I, of course, am included amongst those investors and welcome the opportunity to put this matter to rest. The Court should grant Plaintiffs' motion and preliminarily approve the settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of September 2023.

9/12/2023

DocuSigned by:

_Joshua Mailey_

7A8EE162974F442

JOSHUA MAILEY

3