Adam M. Apton, Esq.
LEVI & KORSINSKY, LLP
55 Broadway, 4th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171

*Attorneys for Co-Lead Plaintiffs and*
*Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE HUMANIGEN, INC. SECURITIES LITIGATION | Case No. 2:22cv-05258-WJM-AME **DECLARATION OF ALEJANDRO PIERONI** |

I, Alejandro Pieroni, declare as follows:

1.    I respectfully submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Settlement. I have personal knowledge of the statements herein and if called upon as a witness, could and would competently testify thereto.

2.    I am the initial complainant in this consolidated class action lawsuit and authorized the filing of a complaint and the commencement of the action styled *Alejandro Pieroni v. Humanigen, Inc.*, 1:22-cv-05258 (D.N.J.).

3.    On December 9, 2022, the Court so-ordered a stipulation appointing

1

Mr. Joshua Mailey and Dr. Scott Greenbaum as co-lead plaintiffs, Pomerantz LLP and Levi & Korsinsky, LLP to serve as co-kead Counsel, and consolidating the related actions that were filed.

4.    On March 27, 2023, the Amended Complaint was filed naming Mr. Mailey and Dr. Scott Greenbaum as c-lead plaintiffs and me as plaintiff (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated.

5.    Since then, I have remained engaged and kept up to date with the various proceedings by staying in communication with counsel. I have reviewed filings, including the complaints, stipulations and various motion papers. I have also participated by providing documents in my possession relating to my transactions in Humanigen stock.

6.    I am in favor of settling this case for $3,000,000. I have at all relevant times been familiar with the issues in the case, the negotiations that took place during the mediation, and Humanigen's financial situation. The settlement presents a favorable outcome in my opinion. It will return a substantial amount of money to investors who, in my opinion, suffered damages as a result of investing in Humanigen based on what I believe were inaccurate and misleading statements. I, of course, am included amongst those investors and welcome the opportunity to put this matter to rest. The Court should grant Plaintiffs' motion and preliminarily approve the settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12___ day of September 2023.

DocuSigned by:

4C6DFFE2099E432...

ALEJANDRO PIERONI