Adam M. Apton, Esq.
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171

*Attorneys for Co-Lead Plaintiffs and
Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE HUMANIGEN, INC. SECURITIES LITIGATION | Case No. 2:22-cv-05258-WJM-AME<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on September 22, 2023 copies of the foregoing motion, brief, and accompanying declarations and exhibits were served upon counsel of record via CM/ECF.

Executed this 22nd day of September 2023.

s/ Adam M. Apton
Adam M. Apton