**POLSINELLI PC**

*Aaron E. Zerykier*
*600 Third Avenue, 42nd Floor New York, NY 10016*
*Telephone: (646) 289-6512*
*Facsimile: (917) 677-8203*
*azerykier@polsinelli.com*

*Attorneys for Defendants Humanigen, Inc. and Cameron Durrant*

*(Additional counsel listed below)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE HUMANIGEN, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:22-cv-05258-WJM-AME<br><br>CLASS ACTION<br><br>**SUGGESTION OF BANKRUPTCY** |

Defendant Humanigen, Inc. notifies the Court and other parties as follows:

1.     Humanigen, Inc. filed a chapter 11 bankruptcy petition seeking relief under Title 11, United States Code in the United States Bankruptcy Court for the District of Delaware.

2.     The case number is 24-10003, and the case was filed on January 3, 2024.

92937342.1

3.     This action is subject to the automatic bankruptcy stay imposed by 11 U.S.C. § 362.

4.     This is for information purposes only.

Dated: January 11, 2024                              Respectfully submitted,

**POLSINELLI PC**

*/s/ Aaron E. Zerykier*
Aaron E. Zerykier
600 Third Avenue, 42nd Floor New York, NY 10016
Telephone: (646) 289-6512
Facsimile: (917) 677-8203
azerykier@polsinelli.com

Stacy Carpenter (*pro hac vice*)
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone: (303) 583-8237
scarpenter@polsinelli.com

Bryan M. Westhoff (*pro hac vice*)
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone: (312) 873-2973
bwesthoff@polsinelli.com

*Attorneys for Defendant Humanigen, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was filed on January 11, 2024 using the Court's CM/ECF system, which automatically generates notice of case activity to all counsel of record.

By: /s/ Aaron E. Zerykier
Aaron E. Zerykier
*Attorney for Defendant*