

**Thomas H. Przybylowski**
Associate

January 22, 2024

<u>VIA ECF</u>

*So Ordered by William J. Martini,*
*U.S.D.J. on 1/23/2024:*

The Honorable William J. Martini
United States District Court Judge
United States District Court
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Humanigen Sec. Litig.*, No. 2:22-cv-05258-WJM-AME

Dear Judge Martini:

The parties write this joint letter regarding Humanigen, Inc.'s January 3, 2024 filing for bankruptcy under Chapter 11 of the United States Bankruptcy Code and the automatic bankruptcy stay imposed in this action by 11 U.S.C. § 362 *as to the Company*. *See* ECF No. 50. Pursuant to the Stipulation of Settlement in this action filed prior to Humanigen's bankruptcy petition (ECF No. 44), the Company's insurer has funded the $3 million proposed settlement and it is being held in the escrow account. *See id.* at § 128. However, the terms of the settlement require approval from the Bankruptcy Court. Defendants advise the Court that the Company's bankruptcy counsel or counsel for the Company's insurer will be filing a Bankruptcy Rule 9019 motion in the bankruptcy court to approve the settlement. Such motion will be filed after the recently formed creditors' committee reviews the proposed settlement and takes a position.

Accordingly, the parties request that the Court: (i) adjourn the final approval hearing currently scheduled for March 7, 2024, and (ii) stay the filing of motions in

tprzybylowski@pomlaw.com
600 Third Avenue, New York, NY 10016    Main: 212.661.1100    Direct: 646.581.9941
NEW YORK    CHICAGO    LOS ANGELES    LONDON    PARIS    TEL AVIV
www.pomlaw.com



January 22, 2024

Page 2

support of final approval of the settlement, attorneys' fees and expenses, and compensatory awards currently due by February 1, 2024 (35 days prior to the settlement hearing) (ECF 48 ¶23). The parties will provide an update to the Court within 30 days at which time they expect to be in a position to propose a revised schedule for the remainder of the approval process.

Respectfully,

**POLSINELLI PC**
*/s/ Stacy Carpenter*
Aaron E. Zerykier
600 Third Avenue, 42nd Floor New York, NY 10016
Telephone: (646) 289-6512
Facsimile: (917) 677-8203
azerykier@polsinelli.com

Stacy Carpenter (*pro hac vice*)
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone: (303) 583-8237
scarpenter@polsinelli.com

Bryan M. Westhoff (*pro hac vice*)
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone: (312) 873-2973
bwesthoff@polsinelli.com

*Attorneys for Defendants Humanigen, Inc. and Cameron Durrant*

**POMERANTZ LLP**
*/s/ Thomas H. Przybylowski*
Jeremy A. Lieberman (*pro hac vice*)
Brenda Szydlo (*pro hac vice*)
Thomas H. Przybylowski
Dean Ferrogari (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com
tprzybylowski@pomlaw.com
dferrogari@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs, Alejandro Pieroni, and the proposed Class*

# POMERANTZ LLP

January 22, 2024

Page 3

**KLEINBERG KAPLAN WOLFF
& COHEN PC**
*/s/ Marc R. Rosen*
Marc R. Rosen
500 Fifth Avenue
New York, NY 10110
212-986-6000
Email: mrosen@kkwc.com

*Attorneys for Defendant Dale
Chappell*

**LEVI & KORSINSKY, LLP**
*/s/ Adam M. Apton*
55 Broadway, 4th Floor
New York, New York 10006
Tel.: (212) 363-7500
Facsimile: (212) 363-7171
aapton@zlk.com

*Co-Lead Counsel for Lead Plaintiffs
and the proposed Class*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Co-Lead
Plaintiff Joshua Mailey*

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Plaintiff
Alejandro Pieroni*

600 Third Avenue, New York, New York 10016    tel: 212.661.1100    www.pomerantzlaw.com

NEW YORK        CHICAGO        LOS ANGELES        PARIS        TEL AVIV