

600 Third Avenue, 42nd Floor, New York, NY 10016 ⚬ (212) 684-0199

February 19, 2024

Aaron Zerykier
646-289-6512
azerykier@polsinelli.com

**VIA ECF**

So Ordered on 2/20/2024:

William J. Martini, U.S.D.J.

Hon. William J. Martini
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

> **Re:** *In re Humanigen Sec. Litig.*, Supreme Court, Suffolk County,
> Case No. 2:22-cv-05258-WJM-AME

Dear Justice Martini:

On January 23, 2024, this Court issued an Order adjourning the final approval hearing and staying the filing of motions in support of final approval of the settlement, attorneys' fees and expenses, and compensatory awards to allow time to obtain approval form the Bankruptcy Court which is required by the terms of the settlement. That Order also required the parties to provide an update to the Court within 30 days. The parties write this joint letter to provide that update.

Matters in the Bankruptcy Court have progressed, and the Bankruptcy Court has approved the sale of substantially all of the assets of Humanigen. However, the Chapter 11 debtors have not yet received authority from the Bankruptcy Court to settle this action pursuant to Bankruptcy Rule 9019. It is the understanding of counsel for Defendants that the debtors and the creditors' committee are still engaged in discussions regarding the debtors' request for authority.

Therefore, the parties respectfully request that the present status be maintained and they be permitted to provide another update to the Court within 30 days of this letter.

Respectfully,

**POLSINELLI PC**
*/s/ Stacy Carpenter*
Aaron E. Zerykier
600 Third Avenue, 42nd Floor
New York, New York 10016
Telephone: (646) 289-6512
azerykier@polsinelli.com

**POMERANTZ LLP**
*/s/ Brenda Szydlo*
Jeremy A. Lieberman (*pro hac vice*)
Brenda Szydlo (*pro hac vice*)
Thomas H. Przybylowski
Dean Ferrogari (*pro hac vice*)
600 Third Avenue, 20th Floor

polsinelli.com

Atlanta    Boston    Chicago    Dallas    Denver    Houston    Kansas City    Los Angeles    Miami    Nashville    New York
Phoenix    St. Louis    San Francisco    Seattle    Silicon Valley    Washington, D.C.    Wilmington
Polsinelli PC, Polsinelli LLP in California

93540780.3


**POLSINELLI**

Page 2

Stacy Carpenter (*pro hac vice*)
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
Telephone: (303) 583-8237
scarpenter@polsinelli.com

Bryan M. Westhoff (*pro hac vice*)
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 873-2973
bwesthoff@polsinelli.com

*Attorneys for Defendants Humanigen,
Inc. and Cameron Durrant*

**KLEINBERG KAPLAN WOLFF
& COHEN PC**
*/s/ Marc R. Rosen*
Marc R. Rosen
500 Fifth Avenue
New York, New York 10110
212-986-6000
Email: mrosen@kkwc.com

*Attorneys for Defendant Dale
Chappell*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Co-Lead
Plaintiff Joshua Mailey*

New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com
tprzybylowski@pomlaw.com
dferrogari@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs,
Alejandro Pieroni, and the proposed
Class*

**LEVI & KORSINSKY, LLP**
*/s/ Adam M. Apton*
33 Whitehall Street, 17th Floor
New York, New York 10004
Tel.: (212) 363-7500
Facsimile: (212) 363-7171
aapton@zlk.com

*Co-Lead Counsel for Lead Plaintiffs
and the proposed Class*

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Plaintiff
Alejandro Pieroni*

93540780.3