

POLSINELLI

600 Third Avenue, 42nd Floor, New York, NY 10016 ∘ (212) 684-0199

April 19, 2024

Stacy A. Carpenter
303-583-8237
scarpenter@polsinelli.com

**VIA ECF**

Hon. William J. Martini
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

   Re:   *In re Humanigen Sec. Litig.*, Case No. 2:22-cv-05258-WJM-AME

Dear Justice Martini:

   The parties jointly issue this status update pursuant to the Court's Text Order of March 21, 2024.

   As this Court is aware, the terms of the settlement of this matter require approval from the Bankruptcy Court. Such approval is obtained through the filing of a Rule 9019 Motion with the Bankruptcy Court. Thus far, a Rule 9019 Motion has not been filed.

   Matters in the Bankruptcy Court have continued to progress. In the past month, a second stay relief motion from an insurer was filed to authorize payment of proceeds from an insurance policy to certain insured parties and is set for hearing on May 15, 2024, which the parties are actively working to resolve. The Debtor also filed its combined plan and disclosure statement, which it seeks to confirm by mid-June, and it filed a related solicitation procedures motion that will hopefully be approved soon.

   Humanigen's bankruptcy counsel and counsel for Humanigen in this action have also continued to engage with the official committee of unsecured creditors to resolve its anticipated objections to a Rule 9019 Motion to approve the settlement of this action. While resolution of the anticipated objection has not yet been achieved, progress was made this month and for that reason Humanigen requests that the present status be maintained, and that they be permitted to provide another update to the Court within 30 days of this letter.

Update due 5/19/24. So Ordered on
4/22/2024:

William J. Martini, U.S.D.J.

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Miami   Nashville   New York
Phoenix   St. Louis   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California
94610127.2



**POLSINELLI**

Page 2

Respectfully,

**POLSINELLI PC**

*/s/ Stacy Carpenter*
Aaron E. Zerykier
600 Third Avenue, 42nd Floor
New York, New York 10016
Telephone: (646) 289-6512
azerykier@polsinelli.com

Stacy Carpenter (*pro hac vice*)
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
Telephone: (303) 583-8237
scarpenter@polsinelli.com

Bryan M. Westhoff (*pro hac vice*)
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 873-2973
bwesthoff@polsinelli.com

*Attorneys for Defendant Humanigen, Inc.*

**KLEINBERG KAPLAN WOLFF
& COHEN PC**

*/s/ Marc R. Rosen*
Marc R. Rosen
500 Fifth Avenue
New York, New York 10110
212-986-6000
Email: mrosen@kkwc.com

*Attorneys for Defendant Dale Chappell*

**BAKER & HOSTETLER LLP**

*/s/ John J. Carney*
John J. Carney
Douglas W. Greene
45 Rockefeller Plaza
New York, New York 10111
212-589-4200
Email: jcarney@bakerlaw.com

*Attorneys for Defendant Cameron Durrant*

**POMERANTZ LLP**

*/s/ Brenda Szydlo*
Jeremy A. Lieberman (*pro hac vice*)
Brenda Szydlo (*pro hac vice*)
Thomas H. Przybylowski
Dean Ferrogari (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com
tprzybylowski@pomlaw.com
dferrogari@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs,
Alejandro Pieroni, and the proposed
Class*

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
33 Whitehall Street, 17th Floor
New York, New York 10004
Tel.: (212) 363-7500
Facsimile: (212) 363-7171
aapton@zlk.com

*Co-Lead Counsel for Lead Plaintiffs
and the proposed Class*

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Plaintiff
Alejandro Pieroni*

94610127.2



Page 3

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Co-Lead*
*Plaintiff Joshua Mailey*

94610127.2