

**POLSINELLI**

1401 Lawrence Street, Suite 2300, Denver, CO 80202     ● (303) 572-9300

May 20, 2024

Stacy A. Carpenter
303-583-8237
scarpenter@polsinelli.com

**VIA ECF**

Hon. William J. Martini
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

*So Ordered on 6/3/2024:*

William J. Martini, U.S.D.J.

Re:    *In re Humanigen Sec. Litig.*, Case No. 2:22-cv-05258-WJM-AME

Dear Justice Martini:

The parties jointly issue this status update pursuant to the Court's May 19, 2024, Order [Dkt No. 66].

As this Court is aware, the terms of the settlement of this matter require approval from the Bankruptcy Court.  On May 16, 2023, Humanigen filed a Rule 9019 Motion styled *Debtor's Motion for an Order (I) Approving the Stipulation of Settlement and (II) Modifying the Automatic Stay as Necessary in Connection Therewith.*  Objections to the Rule 9019 Motion are due June 6, 2024, and a hearing is scheduled for June 13, 2024.

The parties jointly request that this matter continue to be stayed and that the parties be permitted to provide a further update after receipt of a ruling on the Rule 9019 Motion.

Respectfully,

**POLSINELLI PC**
*/s/ Stacy Carpenter*
Aaron E. Zerykier
600 Third Avenue, 42nd Floor
New York, New York 10016
Telephone: (646) 289-6512
azerykier@polsinelli.com

Stacy Carpenter *(pro hac vice)*
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
Telephone: (303) 583-8237
scarpenter@polsinelli.com

**POMERANTZ LLP**
*/s/ Brenda Szydlo*
Jeremy A. Lieberman *(pro hac vice)*
Brenda Szydlo *(pro hac vice)*
Thomas H. Przybylowski
Dean Ferrogari *(pro hac vice)*
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
bszydlo@pomlaw.com
tprzybylowski@pomlaw.com
dferrogari@pomlaw.com

polsinelli.com

Atlanta    Boston    Chicago    Dallas    Denver    Houston    Kansas City    Los Angeles    Miami    Nashville    New York
Phoenix    St. Louis    San Francisco    Seattle    Silicon Valley    Washington, D.C.    Wilmington
Polsinelli PC, Polsinelli LLP in California



Page 2

Bryan M. Westhoff (*pro hac vice*)
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 873-2973
bwesthoff@polsinelli.com

*Attorneys for Defendant Humanigen, Inc.*

**KLEINBERG KAPLAN WOLFF
& COHEN PC**
*/s/ Marc R. Rosen*
Marc R. Rosen
500 Fifth Avenue
New York, New York 10110
212-986-6000
Email: mrosen@kkwc.com

*Attorneys for Defendant Dale Chappell*

**BAKER & HOSTETLER LLP**
*/s/ John J. Carney*
John J. Carney
Douglas W. Greene
45 Rockefeller Plaza
New York, New York 10111
212-589-4200
Email: jcarney@bakerlaw.com

*Attorneys for Defendant Cameron Durrant*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Co-Lead
Plaintiff Joshua Mailey*

*Co-Lead Counsel for Lead Plaintiffs,
Alejandro Pieroni, and the proposed
Class*

**LEVI & KORSINSKY, LLP**
*/s/ Adam M. Apton*
33 Whitehall Street, 17th Floor
New York, New York 10004
Tel.: (212) 363-7500
Facsimile: (212) 363-7171
aapton@zlk.com

*Co-Lead Counsel for Lead Plaintiffs
and the proposed Class*

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Plaintiff
Alejandro Pieroni*