Adam M. Apton
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, New York 10004
T: (212) 363-7500
F: (212) 363-7171
Email: aapton@zlk.com

Brenda Szydlo (admitted *pro hac vice*)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com

*Attorneys for Plaintiffs and the Class*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE HUMANIGEN, INC. SECURITIES LITIGATION | Case No. 2:22-cv-05258-WJM-AME<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>**CLASS ACTION**<br><br>**Motion Day: September 10, 2024** |

**PLEASE TAKE NOTICE** that under Rule 23 of the Federal Rule of Civil Procedure, on September 10, 2024 at 12:00 P.M., in Courtroom MLK 4B of this Court located at 50 Walnut Street, Newark, New Jersey 07102, Co-Lead Plaintiffs Dr. Scott Greenbaum and Joshua Mailey, and Plaintiff Alejandro Pieroni (collectively, "Plaintiffs"), will move this Court for an Order (i) granting final approval of the proposed class action Settlement, (ii) certifying a class for settlement purposes, and (iii) approving the proposed Plan of Allocation.

This motion is based upon this notice of motion, and the accompanying memorandum of law, declarations, and exhibits filed in support hereof.

Plaintiffs also previously submitted a proposed order granting this motion. *See* Dkt. No. 44-6.

Dated: July 30, 2024               **LEVI & KORSINSKY, LLP**

/s/ Adam M. Apton
Adam M. Apton
Devyn R. Glass
33 Whitehall Street, 17th Floor
New York, New York 10004
T: (212) 363-7500
F: (212) 363-7171
Email: aapton@zlk.com
Email: dglass@zlk.com

-and-

**POMERANTZ LLP**
*/s/ Brenda Szydlo*

1

Jeremy A. Lieberman (*pro hac vice*)
Brenda Szydlo (*pro hac vice*)
Thomas H. Przybylowski
Dean P. Ferrogari (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com
tprzybylowski@pomlaw.com
dferrogari@pomlaw.com

*Attorneys for Plaintiffs and the Class*

-and-

**SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Ste. 2460
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com

*Additional Counsel to Lead Plaintiff Joshua Mailey*

-and-

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

2

3

*Additional Counsel to Plaintiff*
*Alejandro Pieroni*