Adam M. Apton
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, New York 10004
T: (212) 363-7500
F: (212) 363-7171
Email: aapton@zlk.com

Brenda Szydlo (admitted *pro hac vice*)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com

*Attorneys for Plaintiffs and*
*the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE HUMANIGEN, INC. SECURITIES LITIGATION | Case No. 2:22-cv-05258-WJM-AME<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on July 30, 2024 copies of the foregoing motion, brief, and accompanying declarations and exhibits were served upon counsel of record via CM/ECF.

Executed this 30th day of July 2024.

*/s/ Adam M. Apton*
Adam M. Apton