Adam M. Apton
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: aapton@zlk.com

Brenda Szydlo (admitted *pro hac vice*)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: bszydlo@pomlaw.com

*Attorneys for Plaintiffs and
the Class*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE HUMANIGEN, INC. SECURITIES LITIGATION | Case No. 2:22-cv-05258-WJM-AME |
| | **PLAINTIFFS' REPLY BRIEF IN FURTHER SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS** |

Co-Lead Plaintiffs Dr. Scott Greenbaum and Joshua Mailey, and Plaintiff Alejandro Pieroni (collectively, "Plaintiffs"), respectfully request that the Court grant the pending motions for (1) final approval of the settlement and (2) an award of attorneys' fees, reimbursement of litigation expenses, and compensatory awards to Plaintiffs.[1] Dkt. Nos. 72-73. The Settlement, if approved, will recover $3,000,000 for the Class and resolve a litigation that has endured for almost two years.

In accordance with the Court's Preliminary Approval Order, the Claims Administrator completed mailing copies of the Postcard Notice to potential Settlement Class Members and their nominees. Dkt. No. 72-5 (Declaration of Ann Cavanaugh, dated July 26, 2024) ¶¶ 10, 12. Since then, over 78,500 Postcard Notices have been disseminated to potential members of the Settlement Class or their nominees. *Id.* ¶ 10. In addition, the Summary Notice was published via national newswire on November 29, 2023, and copies of the Notice, Claim Form, Amended Complaint, Stipulation, Preliminary Approval Order, along with other relevant Court documents have been posted to the website established for the Action. *Id.* ¶¶ 11-12.

---

[1] Unless otherwise stated or defined, all capitalized terms used herein have the meanings provided in the Stipulation of Settlement (the "Stipulation"), dated September 22, 2023 (Dkt. No. 44). All internal quotations and citations are omitted unless otherwise noted.

1

The August 6, 2024 deadline for filing objections and submitting requests for exclusion has now passed and not a single Settlement Class Member has objected to the proposed Settlement and only four exclusion requests have been received. *See* Supplemental Declaration of Ann Cavanaugh Regarding Settlement Class Notice and Report on Objections and Requests for Exclusion Received, dated August 8, 2024, ¶¶ 6-7 (filed herewith). The Third Circuit instructs district courts to consider the "reaction of the class to the settlement." *Girsh v. Jepson*, 521 F.2d 153, 157 (3d Cir. 1975). The absence of any objections to the motions after an extensive notice program strongly indicates that the Class supports the Settlement and the Plan of Allocation, and weighs in favor of approval. *See In re Cendant Corp. Litig.*, 264 F.3d 201, 235 (3d Cir. 2001) ("The vast disparity between the number of potential class members who received notice of the Settlement and the number of objectors creates a strong presumption that this factor weighs in favor of the Settlement …."); *Bell Atl. Corp. v. Bolger*, 2 F.3d 1304, 1313-14 (3d Cir. 1993) (finding that 30 objectors out of numerous shareholders was "an infinitesimal number").

The fact that only four exclusion requests were received also supports approval. *See Whiteley v. Zynerba Pharms., Inc.*, No. CV 19-4959, 2021 WL 4206696, at *6 (E.D. Pa. Sept. 16, 2021) (granting approval where "[n]o members filed any objections, and only two members filed requests for exclusion. Thus, this factor weighs in favor of approval"); *see also In re NFL Players Concussion Injury*

2

*Litig.*, 821 F.3d 410, 438 (3d Cir. 2016) (receiving objections and requests for exclusion from one percent of class members favors settlement approval).

The absence of any objections also strongly supports the requested awards of attorneys' fees and expenses, along with the requested awards to Plaintiffs pursuant to 15 U.S.C. § 78u-4(a)(4), which are fully consistent with the Court-approved Notice. *See In re Rite Aid Corp. Sec. Litig.*, 396 F.3d 294, 305 (3d Cir. 2005) (finding that only two objections out of thousands of notified class members supported approval of the requested fees, particularly when the class included "'sophisticated' institutional investors that had considerable financial incentive to object had they believed the requested fees were excessive"); *Gunter v. Ridgewood Energy Corp.*, 223 F.3d 190, 195 n.1 (3d Cir. 2000) (when assessing fee requests, courts consider "the presence or absence of substantial objections by members of the class to the settlement terms and/or [the] fees requested by counsel"); *Reinhart v. Lucent Techs., Inc. (In re Lucent Techs., Inc., Sec. Litig.)*, 327 F. Supp. 2d 426, 435 (D.N.J. 2004) (approving fee over nine objections, stating that "the lack of a significant number of objections is strong evidence that the fees request is reasonable").

Based on the entire record herein, Plaintiffs respectfully request that the Court (i) grant the motion for final approval of the Settlement and the Plan of Allocation; (ii) award attorneys' fees of 25% of the Settlement Amount ($750,000.00) and payment of litigation expenses of $75,000.00, plus interest on both amounts at the

3

same rate and for the same period as earned by the Settlement Fund; and (iii) award each of the three Plaintiffs $7,500 ($22,500 in total) in connection with their representation of the Class pursuant to 15 U.S.C. § 78u-4(a)(4).[2]

Dated: August 13, 2024

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton
Devyn R. Glass
33 Whitehall Street, 17th Floor
New York, New York 10004
T: (212) 363-7500
F: (212) 363-7171
Email: aapton@zlk.com
Email: dglass@zlk.com

-and-

**POMERANTZ LLP**

*/s/ Brenda Szydlo*
Jeremy A. Lieberman (*pro hac vice*)
Brenda Szydlo (*pro hac vice*)
Thomas H. Przybylowski
Dean P. Ferrogari (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
bszydlo@pomlaw.com
tprzybylowski@pomlaw.com

---

[2] A revised proposed order granting final approval with the names of the individuals and/or entities seeking exclusion is attached hereto. Plaintiffs also previously submitted a [Proposed] Order Granting Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Awards to Plaintiffs (Dkt. No. 72-9).

dferrogari@pomlaw.com

*Attorneys for Plaintiffs and
the Class*

-and-

**SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Ste. 2460
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com

*Additional Counsel to Lead Plaintiff
Joshua Mailey*

-and-

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel to Plaintiff
Alejandro Pieroni*

5