**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE HUMANIGEN, INC. SECURITIES LITIGATION | Case No. 2:22-cv-05258-WJM-AME <br><br> **SUPPLEMENTAL DECLARATION OF ANN CAVANAUGH REGARDING SETTLEMENT CLASS NOTICE AND REPORT ON OBJECTIONS AND REQUESTS FOR EXCLUSION RECEIVED** |

I, ANN CAVANAUGH, hereby declare under penalty of perjury as follows:

1.     I am a Project Manager of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data").   Pursuant to its Order Granting Preliminary Approval of Settlement dated November 8, 2023 (ECF No. 48, the "Preliminary Approval Order"), the court approved the retention of A.B. Data as the Claims Administrator for the above captioned action (the "Action").[1]

2.     I submit this Declaration to supplement my previously filed declaration, the Declaration of Ann Cavanaugh Regarding Settlement Class Notice and Report on Objections and Requests for Exclusion Received, dated July 26, 2024 (ECF No. 72-5, the "Initial Mailing Declaration").   The following statements are based on my personal knowledge and information provided by other A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

## UPDATE ON MAILING OF THE POSTCARD NOTICE

3.     As more fully stated in my Initial Mailing Declaration, as of July 26, 2024, A.B. Data had mailed a total of 78,625 Postcard Notices to potential members of the Settlement Class or their nominees.   Since the date of the Initial Mailing Declaration, A.B. Data has not mailed any

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meaning set forth in the Stipulation of Settlement dated September 22, 2023 (the "Stipulation"). ECF No. 44.

additional Postcard Notices.

## UPDATE ON WEBSITE

4.      On November 22, 2023, A.B. Data established a website designated for the Action (www.HumanigenSecuritiesLitigation.com).   The website includes information regarding the Action and the proposed Settlement, including the exclusion, objection, and claim filing deadlines, and the date, time, and location of the Court's Settlement Hearing.  Copies of the Notice of Pendency and Proposed Settlement of Class Action (the "Long-Form Notice"), the Proof of Claim and Release, the Stipulation, the Preliminary Approval Order, and other documents related to the Action are posted on the website and are available for downloading.  In addition, the website includes the ability to file a claim online and a link to a document with detailed instructions for Settlement Class Members submitting their claims electronically.  Further, the website has contact information for A.B. Data and Lead Counsel, including a toll-free telephone number, that Settlement Class Members can use to obtain additional information. The website is accessible 24 hours per day, 7 days a week.

## UPDATE ON TOLL-FREE TELEPHONE LINE

5.      On November 22, 2023, A.B. Data established and continues to maintain a case-specific, toll-free telephone helpline, 1-877-354-3785, with an interactive voice response system and live operators, to accommodate potential Settlement Class Members with questions about the Action. Callers requiring further help have had the option to be transferred to a live operator during business hours.

## UPDATE ON OBJECTIONS AND REQUESTS FOR EXCLUSION

6.      The Long-Form Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class are to be mailed to the Claims Administrator postmarked no later than February 8, 2024.  Pursuant to the Court's June 14, 2024, Order (ECF No. 71, the

"Text Order"), the deadline to submit a request for exclusion was extended to August 6, 2024.  The Long-Form Notice set forth the information that was required to be included in each request for exclusion.  As of the date of this Declaration, A.B. Data has received four requests for exclusion covering eight individual investors and 142,500 shares.  A summary of the requests along with redacted copies of each request are attached hereto as Exhibit A.

7.    According to the Long-Form Notice, Settlement Class Members seeking to object to the proposed Settlement are required to submit their objection in writing such that the request is received by the Parties and filed with the Court no later than February 8, 2024.  Per the Text Order the deadline was extended to August 6, 2024.   Although Settlement Class Members were not required to send objections to A.B. Data, A.B. Data has not received any misdirected objections.

## CLAIMS RECEIVED TO DATE

8.    Pursuant to the Preliminary Approval Order, Claims were to be submitted no later than March 7, 2024.  As of the date of this Declaration, A.B. Data has received 24,594 Claims.  A.B. Data is currently validating the Claims submitted. During the claims administration process, A.B. Data will review and process all Claims received, will provide Claimants with an opportunity to cure any deficiency or request judicial review of the denial of their Claims, if applicable, and will ultimately mail or wire Authorized Claimants their *pro rata* share of the Net Settlement Fund, as calculated under the Plan of Allocation.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed on August 08, 2024.

ANN CAVANAUGH

3

# EXHIBIT A

*In re Humanigen, Inc. Securities Litigation,* Case No. 2:22-cv-05258-WJM-AME

**Exclusion Report**

| Exclusion Number | Name | Postmark Date | Share Total |
|---|---|---|---|
| 1. | Rob Schaefer | 01/10/2024 | NA |
| 2. | Charles Caston | 02/01/2024 | 13,500 |
| 3. | John D. Johnston | 02/08/2024 | 34,000 |
| 3a. | Trudy J. Johnston | 02/08/2024 | Shares included in total for John D. Johnston. |
| 3b. | Estate of Joyce N. Johnston | 02/08/2024 | Shares included in total for John D. Johnston. |
| 4. | John and Lisa Nixon Family Trust | 02/08/2024 | 40,000 |
| 4a. | Lisa L. Nixon | 02/08/2024 | 35,000 |
| 4b. | Norma Jane Holt | 02/08/2024 | 20,000 |

# Exclusion 1

Postmarked January 10, 2024



**From:**

**Sent:** Wednesday, January 10, 2024 10:52 AM

**To:** info@humanigensecuritieslitigation.com

**Subject:** Written Request for Exclusion


EXTERNAL SENDER

Dear Humanigen Suers,

While I agree that the people behind Humanigen should pay for deceiving shareholders and basically stealing from them, I have to disagree with settling for the pittance that is $3M, around 4 cents a share. Please consider this my written request for exclusion from the lawsuit.

Thanks,
Rob Schaefer

# Exclusion 2

Postmarked February 01, 2024

January 29, 2024

*HUMANIGEN, INC. SECURITIES LITIGATION*

EXCLUSIONS

c/o A.B. Data, Ltd.

P.O. Box 173001

Milwaukee, WI 53217

I, Charles Caston, wish to exclude myself from the Settlement Class. My address is ███ ████████████████████████████████████ My Humanigen transactions between May 16, 2020 and July 12, 2022, inclusive are :

| Date | Shares | Total Cost | | Per Share | |
|---|---|---|---|---|---|
| 03/31/2022 | 200 | $ | 602.00 | $ | 3.01 |
| 03/21/2022 | 112 | $ | 418.88 | $ | 3.74 |
| 12/21/2021 | 788 | $ | 3,015.75 | $ | 3.83 |
| 11/19/2021 | 500 | $ | 3,037.50 | $ | 6.08 |
| 11/16/2021 | 600 | $ | 4,050.00 | $ | 6.75 |
| 11/15/2021 | 91 | $ | 567.84 | $ | 6.24 |
| 11/15/2021 | 300 | $ | 1,871.91 | $ | 6.24 |
| 11/15/2021 | 9 | $ | 56.07 | $ | 6.23 |
| 10/25/2021 | 1000 | $ | 6,709.00 | $ | 6.71 |
| 09/09/2021 | 1000 | $ | 6,030.00 | $ | 6.03 |
| 09/08/2021 | 300 | $ | 4,524.00 | $ | 15.08 |
| 09/07/2021 | 300 | $ | 4,668.00 | $ | 15.56 |
| 09/07/2021 | 200 | $ | 3,184.00 | $ | 15.92 |
| 09/03/2021 | 200 | $ | 3,186.00 | $ | 15.93 |
| 09/03/2021 | 99 | $ | 1,585.00 | $ | 16.01 |
| 09/03/2021 | 201 | $ | 3,220.02 | $ | 16.02 |
| 08/30/2021 | 200 | $ | 3,350.00 | $ | 16.75 |
| 08/30/2021 | 300 | $ | 5,163.00 | $ | 17.21 |
| 08/27/2021 | 300 | $ | 5,223.00 | $ | 17.41 |
| 08/26/2021 | 300 | $ | 5,331.00 | $ | 17.77 |
| 08/19/2021 | 200 | $ | 3,020.00 | $ | 15.10 |
| 08/16/2021 | 400 | $ | 6,452.00 | $ | 16.13 |
| 08/11/2021 | 300 | $ | 5,079.00 | $ | 16.93 |

1/2

| Date | Qty | Amount | Unit |
|---|---|---|---|
| 08/10/2021 | 500 | $ 9,000.00 | $ 18.00 |
| 08/06/2021 | 99 | $ 1,556.28 | $ 15.72 |
| 08/06/2021 | 1 | $ 15.72 | $ 15.72 |
| 08/06/2021 | 100 | $ 1,581.00 | $ 15.81 |
| 08/04/2021 | 100 | $ 1,606.99 | $ 16.07 |
| 07/30/2021 | 200 | $ 3,202.00 | $ 16.01 |
| 07/26/2021 | 300 | $ 4,893.00 | $ 16.31 |
| 7/1/2022 | 800 | $ 1,424.00 | $ 1.78 |
| 7/2/2022 | 1400 | $ 2,828.00 | $ 2.02 |
| 7/7/2022 | 1000 | $ 2,030.00 | $ 2.03 |
| 3/30/2022 | 100 | $ 309.00 | $ 3.09 |
| 3/15/2022 | 300 | $ 753.00 | $ 2.51 |
| 12/3/2021 | 500 | $ 3,029.60 | $ 6.06 |
| 7/26/2021 | 200 | $ 3,242.00 | $ 16.21 |
| **Total** | **13,500** | **$ 115,814.56** | |

Sincerely yours,

Charles Caston

2/2



CERTIFIED MAIL®

RDC 99

53217

U.S. POSTAGE
FCM LETTER
WASHINGTON, D
FEB 01, 2024
$8.73
R2303S100586-77

HUMANIGEN INC. SECURITIES LITIGATION

EXCLUSIONS

C/O A.B. DATA, LTD

PO BOX 17300l

MILWAUKEE, WI 53217

53217-801201

# Exclusion 3

Postmarked February 08, 2024

Humanigen, Inc. Security Litigation Exclusions

c/o A.B. Data, Ltd

P.O. Box 173001

Milwaukee, WI 53217


Ref: exclusions from Humanigen Class Action Suit  Case No. 2:22-cv-05258-WJM-AME

Dear Sir/Mam


My name is John D. Johnston and I live at ███████████████████████████. along with my wife Trudy J. Johnston  Same address and the Estate of the late Joyce N. Johnston Estate would like for our approximately 34,000 shares be excluded from the above designated settlement. Our shares are being held in accounts at RW Baird and Wells Fargo Advisors.


We trust that the information being provided is sufficient for this exclusion, however should you have any questions, do not hesitate to contact me.


Sincerely

John D. Johnston



JEFFERSONVILLE, IN
FEB - 8 2024
USPS

FOREVER USA

Litigation EXCLUSIVE

HUMANIGEN, INC Security
C/O A.B. DATA, LTd
P.O.BOX 173001
MILWAUKEE, WI   53217

53217300012 BC50

# Exclusion 4

Postmarked February 08, 2024

2/7/2024

Humanigen, Inc. Securities Litigation
Exclusions
c/o A.B. Data
P.O. Box 173001
Milwaukee, WI 53217

Our Family Members wish to be excluded from the settlement:

Norma Jane Holt holding 20,000 shares of Humanigen in the Norma Jane Holt 1999 Trust

Lisa L. Nixon holding 35,000 shares of Humanigen in the Lisa L. Nixon Sep IRA

John and Lisa Nixon previously held 40,000 shares of Humanigen in the John and Lisa Nixon Family Trust.


Lisa L. Nixon, Attorney at Law



CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
YREKA, CA 96097
FEB 08, 2024

$8.05

R2307M152496-8

53217

RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED

HUMANIGEN INC. Securities Litigation Exclusions
C/O A.B. DATA
P.O. Box 173001
MILWAUKEE WI 53217

5321788012 B050



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE