UNITED STATES DISTRICT COURT – DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

Newark                                                                 Date: 9/10/2024

**JUDGE WILLIAM J. MARTINI**
Deputy Clerk:
*Keith R. Guthrie*
Court Reporter:
*Mary Jo Monteleone*

**TITLE OF CASE:**                              **2:22-cv-5258-WJM-AME**
PIERONI v.
HUMANIGEN, INC. et al

**APPEARANCES:**
Adam Apton, Counsel for Plaintiffs
Brenda Szydlo, Counsel for Plaintiffs
Marc Rosen, for Dale Chappell defendant
Doug Greene, for Cameron Durrant defendant

**NATURE OF PROCEEDINGS:    FINAL SETTLEMENT APPROVAL**

Settlement approved
Motion for attorney fees
granted
Orders to follow

                                                                Keith R. Guthrie, Deputy

Time Commenced: 12:00 p.m.
Time Adjourned: 12:30 p.m.
Total Time: 30 minutes