Adam M. Apton, Esq.
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171

*Attorneys for Co-Lead Plaintiffs and*
*Co-Lead Counsel for the Class*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE HUMANIGEN, INC. SECURITIES LITIGATION | Case No. 2:22-cv-05258-WJM-AME<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR DISTRIBTUION OF SETTLEMENT FUNDS**<br><br>**CLASS ACTION**<br><br>**Motion Day: April 7, 2025** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Co-Lead Dr. Scott Greenbaum and Joshua Mailey (collectively, "Plaintiffs"), on behalf of themselves and all members of the

Settlement Class, hereby respectfully move this Court for an Order granting this Motion for Distribution of Settlement Funds.

**PLEASE TAKE FURTHER NOTICE** that this motion is based upon the accompanying memorandum of law, Declaration of Ann Cavanaugh and the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court in connection with this motion. A proposed order is being filed herewith.

Dated: March 3, 2025   Respectfully submitted,

**LEVI & KORSINSKY, LLP**

s/ Adam M. Apton
Adam M. Apton, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com

-and-

**POMERANTZ LLP**
Brenda Szydlo (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
bszydlo@pomlaw.com

*Attorneys for Co-Lead Plaintiffs and Co-Lead Counsel for the Class*